March 17, 2026      Creditor- Kimberly Reittinger

In Re: CASE# 25-10836
Winfrey,Timothy Dale-Debtor

Ref: Anita Jo Kinlaw Troxler(Standing Trustee)
PO BOX 1720
Greensboro, NC 27402-6100

Ref: Ronald A Anderson-Attorney(Debtor)
PO BOX 14639
Archdale, NC 27263

Ref: Winfrey,Timothy Dale (Debtor)
4049 Wood Ave
Archdale, NC 27263



OBJECTIONS-REFERENCING ProPosed Plan for March 24,2026

1- Math doesn't work
2- Proposed payments to Creditor are -0- (Zero)
3- Contract/Proposal is NOT Acknowledged in the Filing for Chapter 13 Plan or for
Creditor
4- Tim Winfrey-Debtor took a deposit of 14,000.00 to do a job (Service)
5- Tim Winfrey-Debtor Filed Bankruptcy within months of requesting a 14,000.00 deposit to
do a job
6- Objection for debtor to include the 14,000.00 deposit in the Chapter 13 Filing
7- Objection for debtor to steal money and file Bankruptcy
8- Objection for debtor to take a deposit to do a service and file Bankruptcy
9- Objection for debtor to use monies from the 14,000.00 to pay for a Bankruptcy Attorney
10-Objection for debtor to Falsify address for mail Notifications
11-Objection as to Timothy D Winfrey-Debitor being allowed to STEAL MONEY and File
Chapter 13 in     Bankruptcy Court

   Asking the court to acknowledge my objections, to help make one
be responsible for their actions, Chapter 13 bankruptcy was put
into place for people with real hardships, not for one to steal
from others,also,buying boats, trucks, vacations etc.

Sincerely
Kimberly Reittinger
reply0112@gmail.com
336.382.0112

# Proposal

Page # _____ of _____ pages

Tim Winfrey

Winfrey Custom Cabinetry
9878 Hwy 311 S  Ste 6
Archdale N.C.   27263

PROPOSAL SUBMITTED TO:
Kimberly Laperry

ADDRESS
Lochshire

PHONE #                          FAX #

JOB NAME  Burlington          JOB #

JOB LOCATION

DATE  6-18-25                 DATE OF PLANS

ARCHITECT

We hereby submit specifications and estimates for: HIGH QUALITY CUSTOM BUILT
CABINETS  ( PER ATTACHED DRAWINGS )

ALL PLYWOOD & HARDWOOD CONSTRUCTION
SHAKER STYLE DOORS & DRAWERS
SOFT CLOSE HINGES
SOFT CLOSE UNDERMOUNT DRAWER SLIDES
DBL 35 QT TRASH PULLOUT
CUSTOM HOOD
POSTS AND LEGS @ DESIGNATED AREAS
? CROWN MOLDING - Wide/TALL - Kitchen Area- ~~color to kitchen~~
(color?)
LIGHT RAIL
PAINTED FINISH  TBD :

ALL LABOR, MATERIALS, INSTALLATION

*PULL HARDWARE NOT INCLUDED; WILL INSTALL N/C

We propose hereby to furnish material and labor — complete in accordance with the above specifications for the sum of: $28,475.00

$ TWENTY EIGHT THOUSAND, FOUR HUNDRED SEVENTY FIVE @ ___ Dollars

with payments to be made as follows: $14,237.50 DEPOSIT TO SCHEDULE & START
$14,237.50 BALANCE UPON COMPLETION

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted _____

Note — this proposal may be withdrawn by us if not accepted within _____ days.

## Acceptance of Proposal

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

Date of Acceptance _____

Signature _____

NC3819 / T-3850  09-11

KIMBERLY REITTINGER

4243

DATE 6.25.25

$ 14,000

Pinnacle

06/25/2025                    $14,000.00

March 17, 2026

Heather

I was told not to file another Proof of Claim by Peggy, she works in the trustee's office (Ms/Mrs Troxler).
The OBJECTION has been filed, Enclosed is a copy to you...

Please add the contract & Check copies to the Claim#12 Case# 25-10836
TIMOTHY DALE WINFREY
FILED 3.17.2026
FILED 2.2.2026

PLEASE let me know if any additional information is needed for the CLAIM filed

**ENCLOSED IS THE OBJECTION TO BE FILED-REFERENCING THE PLAN DATED**
**3.24.2026**
**2.19.26**


Thank You so very much!!!!

Kimberly Reittinger
336.382.0112
reply0112@gmail.com