4. 13. 24

FILED APR 15'26 PM 3:28 USBC-GBO

My Apologies to the Court,

I Just Received the Information as to Certificate of Service filing deficient, Please See Enclosed.

My mother is 83yrs & Just had to have Emergency Surgery & we have been in and out of Hospitals for the last 2 wks, with now going toward Assisted living.

Please accept my Apologies.

Kimberly Reithager

Po Box 1251
Elon, NC 27244

Email
reply oll2@gmail.com

336. 382. 0112

4.13.26

## Certificate of Service

Rf Case# 25-10836

Winfrey, Timothy Dale - Debtor

REF: Anita Jo Kinlaw Troxler
(standing Trustee)
PO Box 1720
G-boro, 27402-6100

REF: Ronald A Anderson - Atty - (Debtor)
PO Box 14639
Archdale, NC 27263

REF: Winfrey Timothy Dale (Debtor)
4049 Wood Ave
Archdale, NC 27263

PO Box 1251
E-ON, NC 27244

336.382.0112
Email: Reply0112@Gmail

*Mailed 3.17 26*

*April 21, 26*

March 17, 2026      Creditor- Kimberly Reittinger

In Re: CASE# 25-10836
Winfrey,Timothy Dale-Debtor

Ref: Anita Jo Kinlaw Troxler (Standing Trustee)
PO BOX 1720
Greensboro, NC 27402-6100

Ref: Ronald A Anderson-Attorney(Debtor)
PO BOX 14639
Archdale, NC 27263

Ref: Winfrey,Timothy Dale (Debtor)
4049 Wood Ave
Archdale, NC 27263

OBJECTIONS-REFERENCING ProPosed Plan for March 24,2026      *April 21, 2026*

1- Math doesn't work
2- Proposed payments to Creditor are -0- (Zero)
3- Contract/Proposal is NOT Acknowledged in the Filing for Chapter 13 Plan or for Creditor
4- Tim Winfrey-Debtor took a deposit of 14,000.00 to do a job (Service)
5- Tim Winfrey-Debtor Filed Bankruptcy within months of requesting a 14,000.00 deposit to do a job
6- Objection for debtor to include the 14,000.00 deposit in the Chapter 13 Filing
7- Objection for debtor to steal money and file Bankruptcy
8- Objection for debtor to take a deposit to do a service and file Bankruptcy
9- Objection for debtor to use monies from the 14,000.00 to pay for a Bankruptcy Attorney
10-Objection for debtor to Falsify address for mail Notifications
11-Objection as to Timothy D Winfrey-Debitor being allowed to STEAL MONEY and File Chapter 13 in      Bankruptcy Court

   Asking the court to acknowledge my objections, to help make one be responsible for their actions, Chapter 13 bankruptcy was put into place for people with real hardships, not for one to steal from others,also,buying boats, trucks, vacations etc.

Sincerely
Kimberly Reittinger
reply0112@gmail.com
336.382.0112

*PO Box 1251*
*Elon, NC 27244*

# Proposal

Tim Winfrey

WINFREY CUSTOM CABINETRY
9878 Hwy 311 S  Ste 6
Archdale N.C.  27263

| PROPOSAL SUBMITTED TO: | | JOB NAME Burlington | JOB # |
|---|---|---|---|
| Kimberly Laperry | | | |
| ADDRESS Lochshire | | JOB LOCATION | |
| | | DATE 6-18-25 | DATE OF PLANS |
| PHONE # | FAX # | | ARCHITECT |

We hereby submit specifications and estimates for: HIGH QUALITY CUSTOM BUILT CABINETS ( PER ATTACHED DRAWINGS )

ALL PLYWOOD & HARDWOOD CONSTRUCTION
SHAKER STYLE DOORS & DRAWERS
SOFT CLOSE HINGES
SOFT CLOSE UNDERMOUNT DRAWER SLIDES
DBL 35 QT TRASH PULLOUT
CUSTOM HOOD
POSTS AND LEGS @ DESIGNATED AREAS
? CROWN MOLDING - Wide / TAN - Kitchen Area -
(color ?)
LIGHT RAIL
PAINTED FINISH TBD :

ALL LABOR, MATERIALS, INSTALLATION

*PULL HARDWARE NOT INCLUDED: WILL INSTALL N/C

We propose hereby to furnish material and labor — complete in accordance with the above specifications for the sum of: $28 475.00

$ TWENTY EIGHT THOUSAND FOUR HUNDRED SEVENTY FIVE                                    Dollars

with payments to be made as follows: $14,237.50  DEPOSIT TO SCHEDULE & START
$14,237.50  BALANCE UPON COMPLETION

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted

Note — this proposal may be withdrawn by us if not accepted within _____ days.

## Acceptance of Proposal   DEP - $14, 475.00

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.  CK 4243

Signature _____

Date of Acceptance _____

Signature _____

A-NC3619 / T-3850  09-11

14  14,000

KIMBERLY S. KEITTINGER

Pinnacle

06/25/2025                    $14,000.00

K. Rettinger
P.O. Box 1251
Elon, NC 22744

Retail

UNITED STATES
POSTAL SERVICE ®

27402

RDC 99

U.S. POSTAGE PAID
FCM LETTER
SEDALIA, NC 27342
APR 13, 2026

$0.78

S2324P502193-05

U.S. Bankruptcy Court
PO Box 26100
Greensboro, NC 27402-6100

CASE # 25- Objection